IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

TEQUILA W. WILSON,

    Plaintiff,

v.                                            CASE NO. 1:10-cv-00248-MP-WCS

MICHAEL J ASTRUE,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 14, Report and Recommendation of the Magistrate Judge, recommending that the decision of the Commissioner, denying benefits, be affirmed. The time for filing objections has passed, and none have been filed. Upon consideration, the Court agrees with the Magistrate Judge that substantial evidence existed to support the ALJ's conclusion that plaintiff was capable of performing light work despite arthritis in her big toes and bony prominences and calluses on the plantar aspects of plaintiff's feet. The ALJ was also correct that the ALJ need not give heightened weight to a treating doctor's opinion on the ultimate issue of disability, but only to the doctor's opinion on the degree of medical impairment. Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

    1.    The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

    2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this *11th* day of October, 2011

                                  *s/Maurice M. Paul*
                              Maurice M. Paul, Senior District Judge